JOHN DORSEY, *Appellant*, v. CARRIE BELLE GRIFFINS, *Appellee*.

En Banc.

Opinion filed November 26, 1929.

*Harvey A. Page* and *J. McHenry Jones*, for Appellant; *Jerry J. Sullivan*, for Appellee.

DAVIS, Commissioner:

This is an appeal from an interlocutory decree.

The words "and copy" are omitted from the certificate

of the clerk attached to the record. The certificate should show that the transcript contains a "true and correct recital *and copy* of all such papers and proceedings" that were directed to be included therein by the parties, as provided by rules of court. Special Rule 3, Dees v. Cassels, 54 Fla. 485, 44 So. R. 1013; Clark v. Cochran, 77 Fla. 98, 80 So. R. 745 and cases therein cited.

The case should, therefore, be dismissed, but should be reinstated upon compliance with the terms of Section 4634, Comp. Gen. Laws of Florida.

PER CURIAM.—The record in this cause having been considered by the Court, and the foregoing opinion prepared under Chapter 14553, Acts of 1929, adopted by the Court as its opinion, it is considered, ordered and decreed by the Court that the appeal in this cause should be, and the same is hereby, dismissed, but should be reinstated upon compliance with the terms of Section 4634, Comp. Gen. Laws of Fla.

TERRELL, C. J., AND WHITFIELD, ELLIS, STRUM, BROWN AND BUFORD, J. J., concur.